# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| TIARE TECHNOLOGY, INC., <br><br> Plaintiff <br><br> v. <br><br> FIVE GUYS ENTERPRISES, LLC, <br><br> Defendant. | No. 2:21-CV-00151-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

## **UNOPPOSED MOTION FOR 15-DAY EXTENSION TO RESPOND TO COMPLAINT**

Defendant Five Guys Enterprises, LLC ("Defendant") by and through the undersigned counsel, hereby respectfully moves the Court for a 15-day extension of time to respond to the original complaint, from July 27, 2021 to August 11, 2021. This motion is unopposed by Plaintiff Tiare Technology, Inc. ("Plaintiff").

Defendant previously requested and received a total of 45 days extension to respond to the original complaint. Dkt. Nos. 7, 8. Defendant has requested, and Plaintiff has consented to, an additional 15 day extension, subject to the approval of the Court.

Defendant requests this additional extension in good faith in view of their upcoming deadline to respond to the complaint, and not for purposes of delay.

A proposed order is submitted herewith.

Dated: July 21, 2021                                          Respectfully Submitted,

Co-Counsel:

Jacob S. Wharton                                              By: *Lowell D. Mead*
Jacob.wharton@wbd-us.com                                          Lowell D. Mead
WOMBLE BOND DICKINSON (US) LLP                                    lmead@cooley.com
1 West Fourth Street                                              COOLEY LLP
Winston-Salem, NC 27101                                           3175 Hanover Street
Telephone:  336-747-6609                                          Palo Alto, CA  94304-1130
Facsimile:  336-726-6985                                          Telephone: +1 650 843 5000
                                                                  Facsimile:  +1 650 849 7400

*Attorneys for Defendant*                                     *Attorneys for Defendant*
*FIVE GUYS ENTERPRISES, LLC*                                  *FIVE GUYS ENTERPRISES, LLC*

## CERTIFICATE OF CONFERENCE

The plaintiff is unopposed to the relief requested herein.

>  /s Lowell D. Mead
>  Lowell D. Mead

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. First Class mail on July 21, 2021.

>  /s Lowell D. Mead
>  Lowell D. Mead