**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TIARE TECHNOLOGY, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:21-cv-00151-JRG-RSP |
| FIVE GUYS ENTERPRISES, LLC, | § § | |
| *Defendant*. | § § § | |

**ORDER**

Before the Court is the Unopposed Motion for 15-Day Extension to Respond to Complaint ("Motion"), filed by Defendant Five Guys Enterprises, LLC ("Defendant"). **Dkt. No. 9**.

After due consideration, the Court **GRANTS** the Motion. It is therefore **ORDERED** that Defendant's deadline to respond to the original complaint is extended from July 27, 2021 to August 11, 2021.

**SIGNED this 26th day of July, 2021.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE